ACCEPTED
05-14-01148-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
5/15/2015 2:22:27 PM
LISA MATZ
CLERK

**05-14-01148-CV**

_____

**IN THE**

**FIFTH COURT OF APPEALS**

_____

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

5/15/2015 2:22:27 PM

LISA MATZ
Clerk

**GREENWOOD MOTOR LINES, INC. D/B/A R+L CARRIERS AND STEVEN C. GASTON**

*Appellants,*

**v.**

**BOBBIE BUSH**

*Appellee.*

_____

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas Cause Number DC-11-16041-M**

_____

**APPELLANTS' SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' REPLY BRIEF(S)**

_____

**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, P.C.**
**BOBBIE L. STRATTON**
**JEFFREY W. HASTINGS**
**1301 McKinney Street, Suite 3700**
**Houston, Texas 77010**
**Telephone: 713/650-9700**
**Facsimile: 713/650-9701**
**Email: bstratton@bakerdonelson.com**
**Email: jhastings@bakerdonelson.com**

*ATTORNEYS FOR APPELLANTS*
*GREENWOOD MOTOR LINES, INC. D/B/A*
*R+L CARRIERS AND STEVEN GASTON*

TO THE HONORABLE COURT OF APPEALS:

Appellants, Greenwood Motor Lines, Inc. d/b/a R+L Carriers and Steven C. Gaston, move this Court to grant an extension of time of 14 days, until June 1, 2015 to file their reply brief(s), and respectfully state, as follows:

1. Appellants are Greenwood Motor Lines, Inc. d/b/a R+L Carriers and Steven C. Gaston, and Appellee is Bobbie Bush.

2. Appellants sought one extension of 1 day to file their initial briefs. Gaston's brief was filed on December 22, 2014. R+L's brief was filed shortly after midnight on December 23, and R+L sought a short extension until December 23 to complete the filing of its brief.

3. Appellee's briefs were then due to be filed on January 22, 2015 and January 28, 2015. Appellee's counsel sought an extension until February 23, 2015 to align deadlines and complete her responsive briefs, and she then sought a second extension until March 25 to accommodate counsel's schedule. Appellee filed her responsive brief on March 25, 2015.

4. Appellants' Reply Brief(s) then became due on April 14, 2015. Appellants' counsel sought an extension until May 18, 2015.

5. Appellants now seek a second extension of 14 days to file their Reply Brief(s). Appellants' lead appellate counsel has encountered personal issues with sick children, which has not allowed her adequate time to complete the preparation

1

of Appellants' Reply Brief(s). Additionally, other appellate counsel has been preparing for trial in two matters, one in Harris County and one in Cameron County.

6. This is Appellants' second request for an extension of time to file their Reply Brief(s).

7. This extension of time is requested to give Appellants adequate time to properly prepare their case on appeal.

8. Counsel for Appellee, Mr. Russell Post, has indicated he is unopposed to this request.

## PRAYER

For these reasons herein, Appellants Greenwood Motor Lines, Inc. d/b/a R+L Carriers and Steven C. Gaston ask the Court to grant an extension of time until June 1, 2015 to file their Reply Brief(s). Appellants also ask for any other relief to which they may be justly entitled.

Respectfully submitted,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

*/s/ Bobbie L. Stratton*
BOBBIE L. STRATTON
Texas State Bar No. 24051394
Jeffrey W. Hastings
Texas State Bar No. 09209150
1301 McKinney, Suite 3700
Houston, Texas 77010
Telephone: 713/650-9700
Facsimile: 713/650-9701
Email: bstratton@bakerdonelson.com
Email: jhastings@bakerdonelson.com

ATTORNEYS FOR APPELLANTS
GREENWOOD MOTOR LINES, INC. D/B/A
R+L CARRIERS AND STEVEN GASTON

## CERTIFICATE OF CONFERENCE

I hereby certify that on May 15, 2015 I conferred with Appellee's counsel,

Mr. Russell Post, and he indicated he is unopposed to this motion.

*/s/ Bobbie L. Stratton*
Bobbie L. Stratton

## CERTIFICATE OF COMPLIANCE

I hereby certify that Appellants' Motion for Extension of Time to File

Appellants' Reply Brief(s) contains 348 words.

*/s/ Bobbie L. Stratton*
Bobbie L. Stratton

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th of May, 2015 a true and correct copy of the foregoing was sent by U.S. mail, facsimile, or by electronic service where allowed, as follows:

> Mr. Russell S. Post
> Texas Bar No. 00797258
> Mr. William R. Peterson
> Texas Bar No. 24065901
> Beck Redden LLP
> 1221 McKinney, Suite 4500
> Houston, Texas 77010
> Telephone: 713/951-3700
> Facsimile: 713/951-3720

/s/ *Bobbie L. Stratton*
Bobbie L. Stratton